GARY FITZSIMMONS, DISTRICT CLERK

# CASE SUMMARY
## CASE NO. DC-14-05242

CHELSEY COOPER, et al
vs.
GREEN TREE SERVICING, LLC, et al

§
§
§
§

Location: **162nd District Court**
Judicial Officer: **BROWN, PHYLLIS LISTER**
Filed on: **05/16/2014**

---

### CASE INFORMATION

Case Type: **OTHER (CIVIL)**

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **PLAINTIFF** | **COOPER, CHELSEY** | **PERRIN, DOUG**<br>*Retained*<br>214-646-2004(W) |
| | **COOPER, CHRISTOPHER T.** | **PERRIN, DOUG**<br>*Retained*<br>214-646-2004(W) |
| **DEFENDANT** | **GREEN TREE SERVICING, LLC** | **MCKINNEY, RICHARD ALLEN**<br>*Retained*<br>972-716-1888(W) |
| | **U.S. BANK NATIONAL ASSOCIATION** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/16/2014 | NEW CASE FILED (OCA) - CIVIL | |
| 05/16/2014 | CASE FILING COVER SHEET<br>*CIVIL CASE INFORMATION SHEET* | |
| 05/16/2014 | ORIGINAL PETITION<br>*PLAINTIFFS ORIGINAL PETITION* | |
| 05/16/2014 | REQUEST FOR SERVICE<br>*LETTER REQUESTING CITATIONS AND SERVICE ON DEFENDANTS* | |
| 05/16/2014 | ISSUE CITATION | |
| 05/19/2014 | **CITATION**<br>GREEN TREE SERVICING, LLC<br>Served: 05/21/2014<br>*CERT MAIL/SL 9214 8901 0661 5400 0033 0845 16* | |
| 05/19/2014 | **CITATION**<br>U.S. BANK NATIONAL ASSOCIATION<br>Served: 05/21/2014<br>*CERT MAIL/SL 9214 8901 0661 5400 0033 0926 96* | |
| 07/02/2014 | REQUEST FOR SERVICE<br>*LETTER REQUESTING SERVICE OF CITATION* | |
| 07/02/2014 | ISSUE CITATION | |
| 07/07/2014 | **CITATION**<br>GREEN TREE SERVICING, LLC<br>Unserved | |

EXHIBIT
A

*Printed on 07/24/2014 at 10:53 AM*

GARY FITZSIMMONS, DISTRICT CLERK

# CASE SUMMARY
## CASE NO. DC-14-05242

|  |  |  |
|---|---|---|
|  | U.S. BANK NATIONAL ASSOCIATION<br>Unserved<br>*SLA/CERT MAIL* |  |
| 07/14/2014 | 📠 ORIGINAL ANSWER - GENERAL DENIAL<br>Party: DEFENDANT GREEN TREE SERVICING, LLC |  |
| 07/21/2014 | 📄 SCHEDULING ORDER | *Vol./Book 419I,<br>Page 199, 2 pages* |
| 08/17/2015 | 📄 Non Jury Trial (9:00 AM) (Judicial Officer: BROWN, PHYLLIS LISTER) |  |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **PLAINTIFF** COOPER, CHELSEY<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 7/24/2014** | | 587.00<br>587.00<br>**0.00** |
| | Charge<br>CREDIT CARD - Receipt # 28156-2014-DCLK<br>TEXFILE (DC) | PLAINTIFF COOPER, CHELSEY<br>PLAINTIFF COOPER, CHELSEY | 277.00<br>(277.00) |
| | Charge<br>CREDIT CARD - Receipt # 28235-2014-DCLK<br>TEXFILE (DC) | PLAINTIFF COOPER, CHELSEY<br>PLAINTIFF COOPER, CHELSEY | 154.00<br>(154.00) |
| | Charge<br>CREDIT CARD - Receipt # 37532-2014-DCLK<br>TEXFILE (DC) | PLAINTIFF COOPER, CHELSEY<br>PLAINTIFF COOPER, CHELSEY | 156.00<br>(156.00) |

*Printed on 07/24/2014 at 10:53 AM*