| | |
|---|---|
| **FORM NO. 353-3 - CITATION**<br>**THE STATE OF TEXAS** | **CERT MAIL**<br>**CITATION** |

To:
US BANK NATIONAL ASSOCIATION
BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

**DC-14-05242-I**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

**CHELSEY L COOPER, ET AL**
vs.
**GREEN TREE SERVICING LLC AND US BANK NATIONAL ASSOCIATION**

Said Plaintiff being **CHELSEY L COOPER AND CHRISTOPHER T COOPER, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF LANORIS L COOPER, DECEASED**

ISSUED THIS
**19th day of May, 2014**

Filed in said Court **16th day of May, 2014** against

**GREEN TREE SERVICING, LLC AND US BANK NATIONAL ASSOCIATION AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE HOLDER OF SERVITIS FUNDS I TRUST 2009-2 CERTIFICATES, SERIES 2009-2**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

For Suit, said suit being numbered **DC-14-05242-I,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

By: SANDRA LANTZ, Deputy

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of May, 2014.

**Attorney for Plaintiff**
DOUG PERRIN
THE PERRIN LAW FIRM PC
1910 PACIFIC AVENUE STE 6050
DALLAS TX 75201
214-646-2004

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By *Sandra Lantz*, Deputy
SANDRA LANTZ

DC – 14 – 05242
CIT – IS
ISSUE CITATION
547672


DALLAS COUNTY CONSTABLE
FEES PAID    FEES NOT PAID

DEFENDANT'S EXHIBIT B-17

## OFFICER'S RETURN

Case No. : DC-14-05242-I

Court No.162nd District Court

Style: CHELSEY L COOPER, ET AL

vs.

GREEN TREE SERVICING, LLC, ET AL

Came to hand on the _____ day of _____, 20_____, at _____ o'clock_____.M. Executed at _____

_____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____, 20_____,

by U.S. CERTIFIED MAIL, RESTRICTED DELIVERY, RETURN RECEIPT REQUESTED to the within named

_____

a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

|  | For serving Citation | $_____ |  |  |
|---|---|---|---|---|
|  | For mileage | $_____ | of_____County, _____ |
|  | For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

Notary Public_____County_____

## OFFICER'S RETURN

Case No. : DC-14-05242-I

Court No.162nd District Court

Style: CHELSEY L COOPER, ET AL

vs.

GREEN TREE SERVICING, LLC, ET AL

Came to hand on the __19TH__ day of __MAY__, 20__14__, at __1:55__ o'clock __P__ .M. Executed at __1999 BRYAN STREET STE 900 DALLAS TX 75201__, within the County of __DALLAS__ at __8:42__ o'clock __A__ .M. on the __21ST__ day of __MAY__, 20__14__, by U.S. CERTIFIED MAIL, RESTRICTED DELIVERY, RETURN RECEIPT REQUESTED to the within named __US BANK NATIONAL ASSOCIATION BY SERVING REGISTERED AGENT CT CORPORATION SYSTEM RETURN RECEIPT ATTACHED & SIGNED BY CHRISTOPHER WELLS__

a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $ 65.00 | BY CHRISTOPHER WELLS |
| For mileage | $ | of DALLAS County, TEXAS |
| For Notary | $ | By _Sandra Lantz_ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this ____ day of _____, 20____, to certify which witness my hand and seal of office.

Notary Public_____ County_____

**FILED**
JUL 16 2014
GARY FITZSIMMONS
DIST. CLERK DALLAS CO., TEXAS
DEPUTY

GARY FITZSIMMONS
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

GREEN TREE SERVICING LLC
BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **CHELSEY L COOPER AND CHRISTOPHER T COOPER, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF LANORIS L COOPER, DECEASED**

Filed in said Court **16th day of May, 2014** against

**GREEN TREE SERVICING, LLC AND US BANK NATIONAL ASSOCIATION AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE HOLDER OF SERVITIS FUNDS I TRUST 2009-2 CERTIFICATES, SERIES 2009-2**

For Suit, said suit being numbered **DC-14-05242-I,** the nature of which demand is as follows: Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of May, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _Sandra Lantz_, Deputy
SANDRA LANTZ

DC – 14 – 05242
CIT – IS
ISSUE CITATION
647673

---

**CERT MAIL**

## CITATION

### DC-14-05242-I

**CHELSEY L COOPER, ET AL**
vs.
**GREEN TREE SERVICING LLC AND US BANK NATIONAL ASSOCIATION**

ISSUED THIS
**19th day of May, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: SANDRA LANTZ, Deputy

**Attorney for Plaintiff**
DOUG PERRIN
THE PERRIN LAW FIRM PC
1910 PACIFIC AVENUE STE 6050
DALLAS TX 75201
214-646-2004



DALLAS COUNTY CONSTABLE
FEES PAID    FEES NOT PAID



**UNITED STATES POSTAL SERVICE**

Date Produced: 05/26/2014

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0033 0845 16. Our records indicate that this item was delivered on 05/21/2014 at 08:42 a.m. in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

DC14- 05242 SL
GREEN TREE SERVICING LLC
BY SERVING REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3140