IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEY L. COOPER and <br> CHRISTOPHER T. COOPER, <br> Individually and as Representatives of the <br> Estate of LANORIS L. COOPER, Deceased <br><br> Plaintiffs, <br><br> v. <br><br> GREEN TREE SERVICING LLC, <br> et al., <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 3:14-CV-02733-M-BH |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiffs have timely filed an amended complaint as allowed by the recommendation, *Defendants Green Tree Servicing LLC and U.S. Bank National Association's Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 12 (b)(6),* filed August 5, 2014 (doc. 5), is **DENIED as moot**.  This action will now proceed on the amended complaint.

**SIGNED** this 25th day of February, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS